**STATE of Missouri, Respondent,**

v.

**Robyn R SILVERS, Appellant.**

**No. WD 67070.**

Missouri Court of Appeals,
Western District.

May 27, 2008.

Ellen H. Flottman, Esq., Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Daniel N. McPherson, Esq., Jefferson City, MO, for respondent.

Before HOWARD, C.J., LOWENSTEIN and NEWTON, JJ.

ORDER

PER CURIAM.

Defendant was jury convicted of first degree tampering and misdemeanor possession of a controlled substance. She contests there was insufficient evidence to show she did not have the owner's permission to take a car, and that her motion for continuance filed the day of trial should have been granted. Affirmed. Rule 30.25(b).